FILED
MJ 23-04916
2023 SEP 26 AM 9:22

Submit this form by e-mail to:

CrimIntakeCourtDocs-LA@cacd.uscourts.gov  For Los Angeles criminal duty.
CrimIntakeCourtDocs-SA@cacd.uscourts.gov  For Santa Ana criminal duty.
CrimIntakeCourtDocs-RS@cacd.uscourts.gov  For Riverside criminal duty.

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA V. | PLAINTIFF | CASE NUMBER: 21-CR-00598-TWR-1 |
|---|---|---|
| GIOVANNIE GAYTAN ROSALES | | REPORT COMMENCING CRIMINAL ACTION |
| USMS# 96516-298 | DEFENDANT | |

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. The defendant was arrested in this district on 09-25-23 at ___ ☐ AM ☐ PM
   or
   The defendant was arrested in the ___ District of ___ on ___ at ___ ☐ AM ☐ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding:  ☐ Yes  ☒ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building):  ☒ Yes  ☐ No

4. Charges under which defendant has been booked:
   18 USC 3583

5. Offense charged is a:  ☒ Felony  ☐ Minor Offense  ☐ Petty Offense  ☐ Other Misdemeanor

6. Interpreter Required:  ☒ No  ☐ Yes  Language: ___

7. Year of Birth: 1999

8. Defendant has retained counsel:  ☒ No
   ☐ Yes  Name: ___  Phone Number: ___

9. Name of Pretrial Services Officer notified: DUTY

10. Remarks (if any): ___

11. Name: FLORES, J  (please print)

12. Office Phone Number: 213-620-7676

13. Agency: USMS

14. Signature: /s/

15. Date: 09-26-23

CR-64 (09/20)  REPORT COMMENCING CRIMINAL ACTION